64 F.3d 781w
 Prod.Liab.Rep. (CCH) P 14,341
John CONSORTI & Frances Consorti, Plaintiffs-Appellees,
v.
ARMSTRONG WORLD INDUSTRIES, INC., formerly known as
Armstrong Cork Co.; Combustion Engineering, Inc.,
et al., Defendants,
Owens-Corning Fiberglas Corp., Defendant-Appellant.
 No. 857, Docket 94-7501.
 United States Court of Appeals,
 Second Circuit.
 Argued Nov. 14, 1994.
Decided Aug. 28, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION